1  G. Thomas Martin, III., Esq. (SBN: 218456)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   tmartin@consumerlawcenter.com
4  Attorneys for Plaintiff,
   JILL VAN CLEAVE
5

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| JILL VAN CLEAVE, | ) Case No.: 2:09-cv-07912-CAS-AN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| ASSOCIATED RECOVERY SYSTEMS, | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, JILL VAN CLEAVE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

1 | DATED: January 21, 2010          KROHN & MOSS, LTD.

                                    By: /s/ G. Thomas Martin, III.
                                        G. Thomas Martin, III.
                                        Attorney for Plaintiff